861 A.2d 110

IN THE MATTER OF SCOTT L. WISS, AN ATTORNEY AT LAW (ATTORNEY NO. 034141991).

November 29, 2004.

ORDER

This matter having been duly presented to the Court, it is ORDERED that **SCOTT L. WISS** of **MASSAPEQUA PARK, NEW YORK**, who was admitted to the bar of this State in 1991, and who was suspended from the practice of law for a period of six months effective March 1, 2004, by Order of this Court filed

September 10, 2004, be restored to the practice of law, effective immediately.